### 17529. ADAMS v. FLEMING.

LUKE, J. 1. The court did not err in overruling the demurrers to the petition as amended.

2. Under the facts of the case the failure to instruct the jury upon the law of the statute of limitations was not error.

3. The verdict was authorized by the evidence, and none of the grounds of the motion for a new trial require another hearing of the case.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926. REHEARING DENIED JANUARY 11, 1927.

Breach of contract; from Lamar superior court—Judge Persons. May 31, 1926.

Application for certiorari was denied by the Supreme Court.

*Claude Christopher,* for plaintiff in error. *E. O. Dobbs,* contra.

---

Appeal and Error, 4 C. J. p. 852, n. 56; p. 905, n. 41.